IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRENCE A. HARRIS, | : |
| Plaintiff, | : Case No. 4:15-cv-00135 |
| v. | : |
| WILLIAM WENZEL, COUDERSPORT BOROUGH POLICE DEPARTMENT, TROOPER/OFFICER TWIGG, and SERGEANT GOODWIN | : (Judge Brann) |
| Defendants. | : |

## ORDER
August 19, 2015

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Defendants' Motion to Dismiss (ECF No. 17) is hereby **GRANTED**, and all remaining claims are **DISMISSED WITH PREJUDICE**.

2. Final Judgment is entered in favor of all Defendants and against the Plaintiff.

3. The clerk of court is directed to **CLOSE** this case.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge